# United States Court of Appeals
# For the First Circuit

No. 23-2000

US GHOST ADVENTURES, LLC.
Plaintiff-Appellant

v.

MISS LIZZIE'S COFFEE LLC; JOSEPH PEREIRA, Individually,
Defendants-Appellees,

April 24, 2024

Now comes the defendant, **JOSEPH PEREIRA,** in the above entitled action and respectfully informs the court of his intention to proceed as PRO SE. Further, as a representative of **MISS LIZZIE'S COFFEE LLC.**, respectfully asks for a 60 day extension in order to secure counsel.

Defendants JOSEPH PEREIRA and MISS LIZZIE'S COFFEE, LLC, further ask the court for an extension of the deadline May 10, 2024 for filing of briefs to be extended to July 10, 2024.

Further, Defendants JOSEPH PEREIRA and MISS LIZZIE'S COFFEE LLC, ask the court to enable once again a "MEDIATION" between the Plaintiff-Appelant and the Defendant-Appellees with Judge King who mediated previously.

Respectfully Submitted,

JOSEPH PEREIRA, Defendant-Appellee