# United States Court of Appeals
## For the First Circuit

No. 23-2000

US GHOST ADVENTURES, LLC,

Plaintiff - Appellant,

v.

MISS LIZZIE'S COFFEE LLC; JOSEPH PEREIRA, individually,

Defendants - Appellees.

### ORDER OF COURT

Entered: July 11, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appellee Miss Lizzie's Coffee LLC failed to file a brief and therefore will not be heard at oral argument except by permission of the court. See Fed. R. App. P. 31(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Matthew J. Ginsburg
Genesis Guzman
Daniel J. Larson
Miss Lizzie's Coffee LLC
Michael P. Mullins
Joseph Pereira
Pietro Sanitate